UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAY 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT PEPPER, et al.; | No. 24-875 |
|         Plaintiffs - Respondents, | D.C. No. 4:11-cv-06714-YGR |
|   v. | Northern District of California, Oakland |
| APPLE INC., | ORDER |
|         Defendant - Petitioner. | |

Before: TASHIMA and KOH, Circuit Judges.

The motion for leave to file a reply (Docket Entry No. 13) is granted.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f);

*Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing

factors this court considers in analyzing a Rule 23(f) petition).